```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                    :   MISDEMEANOR
UNITED STATES OF AMERICA            :   INFORMATION
                                    :
            v.                      :   07 Cr. ___
                                    :
GAIL SLATTER,                       :   08 CRIM 138
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - -x
```

COUNT ONE

The United States Attorney charges:

From in or about March 2004, up to and including in or about March 2007, in the Southern District of New York and elsewhere, GAIL SLATTER, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the Social Security Administration ("SSA"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, SLATTER received Social Security benefits from the SSA, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 20 2008

Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**GAIL SLATTER,**

Defendant.

---

**INFORMATION**

07 Cr. ___

(Title 18, United States Code,
Sections 641 and 2.)


            MICHAEL J. GARCIA
          United States Attorney.

---