# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Gail Slatter

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE

CASE NUMBER: 07 CR 138

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 27 2008

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

I HEREBY: **Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

x _Gail Slatter_____,
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

I HEREBY:  Waive (give up) my right to trial by jury. GAIL SLATTER _Gail Slatter_
Defendant

Consented to by United States _____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

I HEREBY:  **Waive (give up) my right to have at least thirty days to prepare for trial.**

x _Gail Slatter_____,
Defendant

_Scott L. Fenstermaker_____
Defendant's Attorney (if any)

Scott L. Fenstermaker, Esq.

Approved By: _Theodore H. Katz_____
U.S. Magistrate

2/27/08
Date